## FITZGERALD *v.* HEAD.

ATKINSON, Justice. The evidence relied upon for injunctive relief in the instant case being conflicting, a denial of such relief was within the discretion of the judge upon an interlocutory hearing; and, under the

uniform rulings of this court, his discretion will not be controlled upon review.

*Judgment affirmed. All the Justices concur, except Wyatt, J., who took no part in the consideration or decision of this case.*

No. 15904. SEPTEMBER 6, 1947.

*Newell Jones* and *Martin McFarland,* for plaintiff.
*J. A. McCurdy,* for defendant.